170 A.3d 291

## MOTOR VEHICLE ADMINISTRATION

v.

### SMITH

**Pet. Docket No. 205, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

(No. 18–C–16–001627, Circuit Court for St. Mary's County.) Transferred to the regular docket as No. 42, Sept.Term, 2017.

Petition for writ of certiorari granted

170 A.3d 291

### O'SULLIVAN

v.

### ALTENBURG

**Pet. Docket No. 230, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Pending in the Court of Special Appeals (No. 1613, Sept. Term, 2016). Transferred to the regular docket as No. 45, Sept.Term, 2017.

Petition for writ of certiorari granted